First Department. December 22, 1911.) Proceeding by the People of the State of New York against William Sullivan. E. S. Booth, for appellant. R. S. Johnstone, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE v. WILDRICK. (Supreme Court, Appellate Division, First Department. January 12, 1912.) Proceeding by the People of the State of New York against Florence Wildrick. No opinion. Motion granted. Order filed.

PEOPLE ex rel. BAKER v. BOARD OF SUP'RS OF CORTLAND COUNTY. (Supreme Court, Appellate Division, Third Department. December 28, 1911.) Proceeding by the People of the State of New York, on the relation of Benjamin Baker, Jr., against the Board of Supervisors of Cortland County. No opinion. Determination unanimously confirmed, with $25 costs and disbursements, on the ground that the amount allowed was reasonable, and claimant was not entitled to notice of hearing.

PEOPLE ex rel. COLLINS v. BAKER, Police Com'r. (Supreme Court, Appellate Division, Second Department. December 21, 1911.) Proceeding by the People of the State of New York, on the relation of Patrick L. Collins, against William F. Baker, as Police Commissioner of the City of New York. No opinion. Determination confirmed, with costs.

PEOPLE ex rel. CORNELL STEAMBOAT CO. v. KELSEY, State Comptroller. (Supreme Court, Appellate Division, Third Department. December 28, 1911.) Proceeding by the People of the State of New York, on the relation of the Cornell Steamboat Company, against Otto Kelsey, Comptroller of the State of New York. No opinion. Determination of the Comptroller unanimously confirmed, with $50 costs and disbursements.

PEOPLE ex rel. DISCHLER v. DISCHLER. (Supreme Court, Appellate Division, First Department. January 12, 1912.) Proceeding by the People of the State of New York, on the relation of Gisela Dischler, against Louis Dischler. No opinion. Motion granted. Order filed.

PEOPLE ex rel. EVANS v. BAKER, Com'r. (Supreme Court, Appellate Division, First Department. December 29, 1911.) Proceeding by the People of the State of New York, on the relation of Wallace W. Evans, against William F. Baker, Commissioner. L. J. Grant, for relator. H. Crone, for defendant. No opinion. Writ dismissed, and proceeding affirmed, with $50 costs and disbursements. Order filed.

PEOPLE ex rel. GOLDING v. HENDERSON. (Supreme Court, Appellate Division, First Department. January 12, 1912.) Proceeding by the People of the State of New York, on the relation of William E. Golding, against Jas. A. Henderson. With this case have been consolidated in this court cases bearing titles as follows: People ex rel. Achilles Versos v. John C. McGuire; Charles H. Baker v. City; Bernard Gredinger v. Thomas H. Higgins et al. No opinions. Motions granted, with $10 costs. Orders filed.

PEOPLE ex rel. GRAHAM, Respondent, v. WALKER et al., Appellants. (Supreme Court, Appellate Division, First Department. December 22, 1911.) Proceeding by the People of the State of New York, on the relation of Thomas H. Graham, against James E. Walker and others. S. S. Breslin, for appellants. J. G. Dean, for respondent. No opinion. Order affirmed, with costs. Order filed.

PEOPLE ex rel. KIMBALL v. TOMKINS, Com'r. (Supreme Court, Appellate Division, First Department. December 22, 1911.) Proceeding by the People of the State of New York, on the relation of George Kimball, against Calvin Tomkins, as Commissioner, etc. P. H. Loftus, for relator. H. Crone, for respondent. No opinion. Writ dismissed, and proceeding affirmed, with $50 costs and disbursements. Order filed.

PEOPLE ex rel. KLEIN, Respondent, v. BARLOW, City Magistrate, Appellant. (Supreme Court, Appellate Division, First Department. December 22, 1911.) Proceeding by the People of the State of New York, on the relation of Jacob Klein, against Peter C. Barlow, City Magistrate, etc. R. S. Johnstone, for appellant. C. Goldzier, for respondent. No opinion. Order affirmed. Order filed.

PEOPLE ex rel. LAVIER v. ALLEN et al. (Supreme Court, Appellate Division, Fourth Department. December 6, 1911.) Proceeding by the People of the State of New York, on the relation of Charles Lavier, against Harry Allen and others, as examining and supervising board of plumbers, etc. No opinion. Writ of certiorari sustained, and determination of the board annulled, without costs.

PEOPLE ex rel. MEAGHER v. BAKER, Police Com'r. (Supreme Court, Appellate Division, Second Department. November 24, 1911.) Proceeding by the People of the State of New York, on the relation of James E. Meagher, against William F. Baker, as Police Commissioner, etc. PER CURIAM. Determination reversed, with $50 costs and disbursements, and relator restored to his position, on the ground that the proof of relator's guilt is not established by a fair preponderance of the evidence. THOMAS, J., dissents.

PEOPLE ex rel. NEW YORK EDISON CO. v. WILLCOX et al. (Supreme Court, Appel-

late Division, First Department. December 29, 1911.) Proceeding by the People of the State of New York on the relation of the New York Edison Company, against William R. Willcox and others. No opinion. Application for leave to withdraw motion granted. Settle order on notice.

PEOPLE ex rel. PORT MORRIS LAND & IMPROVEMENT CO. v. GLYNN, State Comptroller. (Supreme Court, Appellate Division, Third Department. December 28, 1911.) Proceeding by the People of the State of New York, on the relation of the Port Morris Land & Improvement Company, against Martin H. Glynn, as comptroller of the State of New York.

PER CURIAM. Determination of Comptroller confirmed, with $50 costs and disbursements.

HOUGHTEN, J., dissents.

PEOPLE ex rel. PURDY, Appellant, v. MILLER, Respondent. (Supreme Court, Appellate Division, First Department. December 22, 1911.) Proceeding by the People of the State of New York, on the relation of Fred G. Purdy, against Cyrus C. Miller, as president, etc. H. G. Miller, for appellant. C. L. Barber, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PEOPLE ex rel. SWIFT et al., Appellants, v. LUCE et al., Respondents. (Supreme Court, Appellate Division, Third Department. January 12, 1912.) Proceeding by the People of the State of New York, on the relation of Theodore H. Swift and others, against Robert L. Luce and others.

PER CURIAM. Judgment (133 N. Y. Supp. 9) affirmed, with costs.

Kellogg, J., dissents.

PEOPLE ex rel. YOUNG v. WALDO, Fire Com'r. (Supreme Court, Appellate Division, Second Department. December 28, 1911.) Proceeding by the People of the State of New York, on the relation of James C. Young, against Rhinelander Waldo, as Fire Commissioner, etc. No opinion. Determination confirmed, with costs.

PHELAN, Respondent, v. GAFFNEY, Appellant. (Supreme Court, Appellate Division, Second Department. January 5, 1912.) Action by John Phelan against Thomas Gaffney. No opinion. Judgment and order of the County Court of Kings county affirmed, with costs.

JENKS, P. J., dissents.

PHELAN, Appellant, v. GIBSON et al., Respondents. (Supreme Court, Appellate Division, Second Department. January 12, 1912.) Action by Anna E. Phelan against Rodney Gibson, as administrator, etc., and others. No opinion. Order affirmed, with $10 costs and disbursements.

PLACE, Respondent, v. ANDREWS, Appellant. (Supreme Court, Appellate Division, Second Department. November 28, 1911.) Action by John W. Place against Walter E. Andrews. No opinion. Judgment and order unanimously affirmed, with costs.

In re PORTER. (Supreme Court, Appellate Division, First Department. December 29, 1911.) In the matter of Josephine E. S. Porter, deceased. No opinion. Orders (67 Misc. Rep. 19, 124 N. Y. Supp. 676) affirmed, without costs to either party. Order filed.

POTTHOFF, Respondent, v. SAFETY ARMORITE CONDUIT CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 12, 1912.) Action by Gerhard T. Potthoff against the Safety Armorite Conduit Company. No opinion. Judgment affirmed, with costs. See, also, 144 App. Div. 937, 129 N. Y. Supp. 1143.

PRANKARD et al. v. COOLEY et al. (Supreme Court, Appellate Division, Second Department. December 21, 1911.) Action by Carlton M. Prankard and another against James S. Cooley, as School Commissioner, and others. No opinion. Motion for leave to appeal to the Court of Appeals granted. Settle order before the Presiding Justice. For former opinion, see 132 N. Y. Supp. 289.

PROGRESSIVE SUPPLY CO., Appellant, v. ROURKE et al., Respondents. (Supreme Court, Appellate Division, Third Department. December 28, 1911.) Action by the Progressive Supply Company against John H. Rourke and another. No opinion. Judgment of the County Court affirmed, with costs.

PURDY, Respondent, v. BLAIN, Appellant. (Supreme Court, Appellate Division, Second Department. January 12, 1912.) Action by James Garfield Purdy against Thomas J. Blain. No opinion. Order (130 N. Y. Supp. 1127) affirmed, on reargument, with $10 costs and disbursements. See, also, 131 N. Y. Supp. 1139.

QUEENS TERMINAL CO., Respondent, v. SCHMUCK et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 12, 1912.) Action by the Queens Terminal Company against James Carl Schmuck and others. No opinion. Motion denied without costs. See, also, 132 N. Y. Supp. 159.

QUINN, Respondent, v. MYERS, Appellant. (Supreme Court, Appellate Division, Second Department. December 21, 1911.) Action by Thomas J. Quinn against Marcus A. Myers. No opinion. Judgment and order unanimously affirmed, with costs.